ARIEL E. STERN
Nevada Bar No. 8276
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:     (702) 380-8572
ariel.stern@akerman.com

*Attorneys for Defendant*
*The Bank of New York*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR M. TORRED, an individual, and MERILOU I. TORRED, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WMC MORTGAGE CORP., a California corporation; THE BANK OF NEW YORK, a New York corporation; LITTON LOAN SERVICING LIMITED PARTNERSHIP, a Delaware limited partnership; QUALITY LOAN SERVICING CORPORATION, a California corporation; SAFEGUARD PROPERTIES, LLC, a Delaware limited liability company; DOES 1 – V, inclusive; and ROE ENTITIES VI – X, inclusive,<br><br>Defendants. | CASE NO.:  2:08-CV-01830-LDG-LRL<br><br><br>**ORDER ON MOTION TO DISMISS** |

Presently before the Court is the motion to dismiss [Dkt. No. 22] filed by the Bank of New York ("BONY") on September 24, 2010.  The motion seeks dismissal of all claims against BONY pursuant to Fed. R. Civ. P. 12(b)(6).  The motion incorporates by reference Litton Loan Servicing, LP's motion to dismiss [Dkt. No. 7] and reply memorandum in support thereof [Dkt. No. 15].  This Court has already granted Litton's motion to dismiss.  *See* Order, Dkt. No. 17.

Under this Court's rules, any response to BONY's motion was to be filed and served within

{LV011213;1}

15 days.  *See* LR 7-2(b).  The response deadline was October 12, 2010.  Plaintiffs failed to file a response to BONY's motion.  Their failure to file a timely response constitutes consent to the granting of the motion.  *See* LR 7-2(d).  The Court, having considered the moving papers, its own files, and good cause appearing, orders as follows:

BONY's motion to dismiss is **GRANTED**.

All claims brought by Edgar Torred and Merilou Torred against BONY are **DISMISSED**.

The clerk shall enter a judgment in favor of BONY and against Edgar and Merilou Torred.

DATED this 20 day of October , 2010.

_____
United States District Judge

{LV011213;1}          2