UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR M. TORRED; MARILOU I. TORRED; | 2:08-cv-1830-LDG-LRL |
| Plaintiffs, | **ORDER** |
| v. | |
| WMC MORTGAGE CORP., et al., | |
| Defendants. | |

Defendant WMC Mortgage Corp. ("WMC") has filed an unopposed motion to dismiss pursuant to Rule 12(b)(6) (#20), and Defendant Safeguard Properties, Inc. ("Safeguard") has joined in WMC's motion (#21). *See* Fed. R. Civ. P. 12(b)(6). A motion to dismiss under Rule 12(b)(6) will only be granted if the complaint fails to "state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Plaintiffs' first and second causes of action allege violations of the Home Ownership and Equity Protection Act of 1994, 15 U.S.C. § 1602 et seq. ("HOEPA"), and the Nevada Unfair Lending Practices Act ("NULPA"), Nev. Rev. Stat. § 598D.100. Plaintiffs' HOEPA claims must fail, however, because Plaintiffs failed to bring suit within the statutorily permissible period for such claims. *See* 15 U.S.C. 1680(e); 1635(f). Likewise, Plaintiffs' NULPA claims must fail under the jurisprudential doctrine disfavoring retroactive application of legislation. *See, e.g.*, *Scott v. Boos*, 215 F.3d 940, 943 (9th Cir. 2000).

1  Plaintiffs' third and fourth causes of action allege breaches of an implied covenant of good faith
2  and unfair dealing, and various fiduciary duties.  Plaintiffs, however, have failed to state any
3  plausible claim regarding the breach of any duty.  Finally, as Plaintiffs' complaint fails to state
4  substantive claims against either WMC or Safeguard, Plaintiffs' cause of action for declaratory
5  judgment cannot be sustained, and their punitive damages prayer must be stricken.  Accordingly,

    THE COURT HEREBY ORDERS that WMC's motion to dismiss (#20) is GRANTED.

    THE COURT FURTHER OTHERS that Safeguard's motion to dismiss (#21) is GRANTED.

    Dated this 20 day of October, 2010.

                                                        _____
                                                        Lloyd D. George
                                                        United States District Judge

2